COURT OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                        NO. 2-08-434-CV

 

IN RE MIKO TRUCKING,
INC., KART                                         RELATORS

CONSTRUCTION & EQUIPMENT CO., INC., 

HANOVER PROPERTY COMPANY, L.L.C. 

D/B/A HANOVER PROPERTY COMPANY, 

MOZLEY ACQUISITION AND DEVELOPMENT 

PARTNERS, L.P., AND MIRA LAGOS 

HOMEOWNERS'
ASSOCIATION, INC.

                                              ------------

                                    ORIGINAL
PROCEEDING

                                              ------------

                                MEMORANDUM
OPINION[1]

                                              ------------

We have
considered relators= AMotion
To Dismiss Petition For Writ Of Mandamus.@  It is the court=s
opinion that the motion should be granted; therefore, we dismiss this original
proceeding.

Costs of
the original proceeding shall be paid by the party incurring the same, for
which let execution issue.

PER
CURIAM

PANEL:  DAUPHINOT, WALKER, and MCCOY, JJ.

DELIVERED: 
March 26, 2009











     [1]See
Tex. R. App. P. 47.4.